# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRIAN J. BAUMAN,** ) | **CASE NO.: 1:04 CV 1757** |
| **Plaintiff** ) | |
| ) | |
| ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **v.** ) | |
| ) | |
| **CITY OF CLEVELAND,** *et al.* ) | **ORDER** |
| ) | |
| **Defendant** ) | |

This matter is before the Court upon Defendant's Motion for Award of Attorney Fees. (Dkt. # 69). On November 27, 2006, this motion was referred to Magistrate Judge George Limbert for a report and recommendation. (Dkt. # 70). On August 16, 2006, Magistrate Judge Limbert filed a report recommending that Defendant's motion be granted and that Defendant, City of Cleveland, be awarded a fee of $3,281.41 to be paid by Third Party Defendants William Baumann, Bradley Road, Inc., Superior Demolition, Inc., Superior Demolition & Excavating, Inc., and M.E.B. Properties, Inc., jointly and severally. (Dkt. # 71).

The report and recommendation of the Magistrate Judge (Dkt. # 71) is hereby

**ADOPTED**.  Accordingly, a fee award in the amount of $3,281.41 is **ORDERED** to be sent to Defendant, City of Cleveland.

    **IT IS SO ORDERED**.

                                        **/s/ Peter C. Economus - January 18, 2007**
                                        **PETER C. ECONOMUS**
                                        **UNITED STATES DISTRICT JUDGE**

Case: 1:04-cv-01757-SL  Doc #: 77  Filed:  01/18/07  2 of 2.  PageID #: 419